GOETZ, Receiver, Respondent, vs. WESTERN PETROLEUM COMPANY OF INDIANA, Appellant.

*October 15—November 11, 1924.*

*Ajax Rubber Co. v. Western Petroleum Co., ante,* p. 74, followed.

APPEAL from an order of the circuit court for Milwaukee county: E. T. FAIRCHILD, Circuit Judge. *Dismissed.*

For the appellant there were briefs by *Barre Blumenthal* of Chicago and *Lines, Spooner & Quarles* of Milwaukee, and oral argument by *James Quarles.*

For the respondent there was a brief by *Bloodgood, Kemper & Bloodgood,* attorneys, and *Jackson B. Kemper,* of counsel, all of Milwaukee, and oral argument by *Jackson B. Kemper.*

DOERFLER, J.    It was stipulated by the parties that this case and the case of *Ajax Rubber Co. v. Western Petroleum Co.* be argued and heard together, the same issues being presented in each case.    The order, therefore, made in *Ajax Rubber Co. v. Western Petroleum Co.,* decided herewith (*ante,* p. 74, 200 N. W. 668), will also be applied to this case.

*By the Court.*—It is ordered that the appeal in this case be dismissed.